**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Maurice Adrian Wilkins
*(In the space above enter the full name(s) of the plaintiff(s).)*

15    5448

- against -

Berks County Jail System
Berks County Board of Corrections
Janine Quigley (Warden)
C.O Fink
C.O Riegner
Captin Torres

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name Maurice Adrian Wilkins
ID # BCP# 12/0664  D.O.C # KZ8340
Current Institution S.C.I Huntingdon
Address 1100 Pike St Huntingdon, PA 16654

Rev. 10/2009

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name **Berk County Jail System**  Shield # _____
Where Currently Employed _____
Address **1287 County Welfare road Leesport, PA 19533**

Defendant No. 2  Name **Janine Quigley**  Shield # **Warden**
Where Currently Employed **Berks County Jail System**
Address **1287 County Welfare road Leesport, PA 19533**

Defendant No. 3  Name **Captin Torres**  Shield # **Capt.**
Where Currently Employed **Berks County Jail System**
Address **1287 County Welfare road Leesport, PA 19533**

Defendant No. 4  Name **Officer Fink**  Shield # **C.O**
Where Currently Employed **Berks County Jail System**
Address **1287 County Welfare road Leesport, PA 19533**

Defendant No. 5  Name **Office Riegner**  Shield # **C.O**
Where Currently Employed **Berks County Jail System**
Address **1287 County Welfare road Leesport, PA 19533**

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur? **Berks County Jail System**

B.  Where in the institution did the events giving rise to your claim(s) occur? **First incedent was on J Block in dayroom and the second on I Block in cell 112 and the dayroom.**

C.  What date and approximate time did the events giving rise to your claim(s) occur? **8-25-15 @ 2:25 or 35 pm and 9-9-15 @ 11:00 pm**

**What happened to you?**

D. Facts: I was placed on J block with a victims brother on my homicide charges pending and I am a state prisoner and was assaulted by Thomas Joseph Alequin and life was put in serious danger due to the lack of security and negligance by the jails security and was given a write up to cover up things and given excessive sanction time by the disiplinary hearing officer and restricted to phone access.

**Who did what?**

C.O Fink was the block officer and didn't defuse the whole situation and didn't even notice me assaulted the first time and took long to respond to the incident after being hit in the face and risked me being stabbed or many other isssues. Also the security showed negligance by putting the brother of a victim in the same unit as me, knowing I have a high profile case and put my life at risk. Sgt. Krulac and Sgt Brandt signed off on the frivolous misconduct, VanBilliard gave me the excessive time, Capt Torres and Lt. Castro oversees security and lacked the qualification to keep me as a state prisoner safe from the detainees and Lt Castro gave me the write-up and C.O Fink.

**Who else saw what happened?**

The whole thing is on the camera of B.C.J.S security for J Block. I wrote sick calls and never received responses also. And now on my grievance response my statement was twisted around due to the inpropr hearing process done without recording of testimony and Daniel VanBilliard trying to remember

III. Injuries: and write it down after talking to you and going to his office,

Lt. Castro tries to rebutt this arguement by stating I should've locked in right away but that couldn't happen when I had to sit by my door 2 to 4 mins and then was warned of the guy coming toward me, so I never had enough time to stand still because he was coming at me, so I walked off and upon that I dropped my ID and while picking up I was struck by a punch and the C.O never saw it so I walked to the stairs to avoid further conflict and he continued to be aggressive, loud, and beligerant at this time and then the C.O noticed and walk over after 2 or 3 min and still never alerted response backup and as I was told to lock in I came down the steps and attemted to do so and was struck again and then the C.O finally physically contained him and response came in and I walked toward my cell and still couldn't lock in due to the co restraining him and then Lt. Castro ordered me to get down on the ground and I did so in front of my cell (5106) as it says on his misconduct and the guy threatened my mother and I responded and was cuffed and taken to the hole.

**What happened to you?**

D.  Facts: On two seperate ocassions I was attacked by family members of victims carrying the same last name as a victim in BCJS on J Block first by the brother and second time jumped by the cousin and friends on I Block in my cell 112 and the dayroom and received a swollen eye blackened, saw cheekbone and jaw, saw ribs.

**Who did what?**

Thomas Joseph Alequin (Brother) punched me in my face twice on J Block and the cousin and a friend jumped me on I Block and the whole thing is on camera both times. Many times when my case hit the media hard I requested Administrative Segregation and was denied by security.

**Was anyone else involved?**

I was told to take PC which still gives you cellies and interaction with people to be attacked or fight and go to the hole, which isn't to suite my protection at all.

Both situations are on camera. In the process of the incedent I was cut by my left I by a weapon and BCJS never made note of this at all but took pictures of it in the dark and never received full medical treatment for it.

**Who else saw what happened?**

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I recieved on 8.25.15 a saw jaw bone and on 9.9.15 I received a black eye swollen and a saw cheek bone and jawbone was saw ribs and I received bare minimum attention and unresponded sick call slips. Scar by left eye (possible slash attempt

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a

prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ✓  No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **Berks County Jail System**

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓  No ___  Do Not Know ___

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ___  No ___  Do Not Know ✓

   If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ✓  No ___

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ___  No ___

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   **Berks County Jail System**

   1. Which claim(s) in this complaint did you grieve? **Failure to protect me and placing me on same block with family of the victim**
   2. What was the result, if any? **None**

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. **The first grievance I appealed to the warden and the second grievance I never received response due to returning back to my state facility off writ**

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

   _____
   _____
   _____
   _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____

   _____
   _____
   _____
   _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I filed grievance 9·9·15 for second attack and never received response, due to being transfered back to SCI Huntingdon 9·10·15 and I sent a letter to Capt Torres about mailing my response and he never did so.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies. Grievance filed 9·4·15 I never received my response due to going back to my state prison off unit but BCJS should still possess it in file.

V.  **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I want Berks to have 2 officers at all time making cell rounds every 15 to 20 mins regularly because they make no rounds at all, just on counts only and I am seeking 3 million dollars monetary compensation for failing to protect and intervene, putting

my life in serious danger by placing me on a block not once but twice with family of a homicide victim and denying me my administrative segregation request that would've prevented the whole situation and tasering me as if I was the aggressor and for the neglegance of the C.O.'s and security of Berks County Jail System that didn't carefully moniter where I was placed 2 times exspecially that I have a pending capital case thats very high profile and being that my co-defendant (my brother) was convicted already and my name in the paper alledging I was the shooter, I should've been automatically placed in security and protected coming down on writ as a state prisoner unaware of who is who and who is locked up. And I received a small scar on the side by left eye that was am possible slice attempt.

VI. **Previous lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

Yes _____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

---

On other claims

C. Have you filed other lawsuits in state or federal court?

   Yes ✓  No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

   Plaintiff **Maurice Wilkins**

   Defendants **NYC Dept. of Corrections**

2. Court (if federal court, name the district; if state court, name the county) **Bronx, NY**

3. Docket or Index number **don't remember**

4. Name of Judge assigned to your case **don't remember**

5. Approximate date of filing lawsuit **don't remember**

6. Is the case still pending? Yes ____ No ✓

   If NO, give the approximate date of disposition **don't remember**

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) **Settlement $1500.00**

---

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this **28** day of **September**, 20 **15**.

Signature of Plaintiff _____

Inmate Number **KZ8340**

Institution Address  S.C.I Huntingdon
1100 Pike St
Huntingdon, PA 16654

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __28__ day of __September__, 20__15__, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _[signature]_

**BERKS COUNTY JAIL SYSTEM**
**INMATE GRIEVANCE FORM**

Inmate Name: Maurice Wilkins   BCP# 12/0664   Cell D205
Date 8·27·15

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

**Administration Use Only**
☐ Does not fit criteria for an emergency/sensitive grievance   ☐ Form is incomplete   ☐ Resubmit on proper form
☐ Lacks details   ☐ Must be completed in English

Statement: Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.)

*Appeal to Warden in regards to grievance: First and foremost, I never recieved my grievance # on my grievance and second, when you write a grievance you do put what you're seeking monetary. I filed a grievance of negligence for being assaulted and put in danger of my life for having a family of a victim on my case on the same block as me, I was never aware of him on my block or in jail at all, I am on writ and state sentenced already and computer shows family history and the Alequin brothers have both been in BCP and records show there family and my case is high profile and victims are known in my case and this is what security is about, to prevent danger and that never took place and the camera shows C.O Finks neglegance to see me hit the first time and not respond along with his misconduct that never mentions the first hit. Here is my 2nd copy of what was written. Thank You!

**FOR AMINISTRATIVE USE ONLY**

Grievance Response: The reason you didn't receive a grievance number is because you noted more than one issue, one of which belonged in the disciplinary hearing process, not the grievance process. A grievance which cites a non-grievable issue will be returned with no grievance number assigned. You may resubmit your complaint but it must be limited in scope to a grievable issue, i.e. being housed on the same unit as the brother of the victim in your criminal case.

Grievance Answered By: Lt Cutro   Date 8/30/15

Grievance # _____   Date Posted _____

Original: Treatment File   Canary: Return to inmate with response   FORM# REC120 (REV 2/10)

# BERKS COUNTY PRISON
## MISCONDUCT CITATION

Inmate Name: Wilkins Maurice  # 2012-0664        Date: 8/25/15
Incident Location: J-Unit dayroom outside of J-106 ← my cell        Time: 1435

### Citation

| Class | # | Offense | Class | # | Offense |
|---|---|---|---|---|---|
| I | 162 | Interf___ w/ the duties of staff | | | |
| | | | | | |
| | | | | | |

### Officer Report

While I was attempting to _____ an escort off of J-Unit to R.H. unit, inmate Wilkins participated in a tense verbal exchange with that inmate. This served to further agitate the inmate being escorted, resulting in a situation staff was trying to resolve. *I had to _____ control of the inmate I was with in order to address Wilkin's behavior.

Castro was never with the other inmate he was with me the whole time.

I was ordered to get on the ground by response team and I did so, upon that Thomas Joseph Aleguin was coming by saying and alledging I killed his brother and he's gonna get my mother next and I responded you won't do nothing to my mom because I never killed your brother while on the floor detained by Castro and another C.O and Castro said shut up and I did so and then changed his mind and sent me to delta as well

Officer Signature: _____ C. Castro

### Actions Pending Disposition

☐ Subject Locked In Own Cell.
☒ Subject Transferred To  D-205 .
☐ Subject Removed From Job Assignment.

☐ Warning Is Issued
☐ Material(s) Confiscated
☒ Other Action  See attached general reports

### Witnesses

### Inmate Notification

Copy Delivered To Inmate By

Name  McVaugh       Date 8-25-15  Time 1550
Staff Witness  C/O Castro
Inmate Signature: _____
(Acknowledges Receipt of Copy)

### Supervisory Review

Sgt Kesler / ____
Shift Commander Signature

☐ Informally Adjusted
☒ Referred To Disciplinary Committee
☐ Notation

# BERKS COUNTY PRISON
## MISCONDUCT CITATION

Inmate Name: Wilkins, Maurice (12-0664)  
Incident Location: Juliet Dayroom  
Date: 8-25-15  
Time: 1600

### Citation

| Class | # | Offense | Class | # | Offense |
|---|---|---|---|---|---|
| I·3 | 154 | Refusal of Orders | | | * CO Finks report is missing me being hit by maybe 110 or 112 and then go up the stairs avoiding conflict |
| II | 257 | Unauthorized Area | | | |

**Officer Report:** Video footage shows real truth and rebutts this in parts.

On August 25, 2015 at approximately 1435 inmate Wilkins Maurice (12-0664) and another inmate were yelling at eachother in the J unit dayroom. Inmate Wilkins was standing on the stairs and the other inmate was standing at the bottom of the stairwell. I approached both inmates and ordered them both to stop. Both inmates refused my order and continued to yell at eachother. Inmate Wilkins proceeded to come down the stairs and approach the other inmate. The other inmate put his hands up in a fighting posture and swung a punch at Wilkins which connected. Assistance was called and unit was secured.

I am citing inmate Wilkins with the following offenses:
I-3 154 - for not locking in when told to do so. Also for continuing

←never argued → to argue when told to stop. When told to lock in I went to my cell and Castro detained me in front of my cell.

II 257 - Inmate Wilkins came back from medical and did not return to his cell (J106). Instead Wilkins walked upstairs where he was not authorized. (Upstairs was out for Rec)

* This conflict could have been avoided if he went to appropriate cell.

END OF REPORT

**Officer Signature:** [signature]

### Actions Pending Disposition
- ☐ Subject Locked In Own Cell.
- ☒ Subject Transferred To D205.
- ☐ Subject Removed From Job Assignment.

- ☐ Warning Is Issued
- ☐ Material(s) Confiscated
- ☐ Other Action

* Also I stood by my cell when I entered the block and door wasn't popped open for a good while and I noticed Alequan and walked off and dropped my ID and upon picking it up I was assaulted

### Witnesses

### Inmate Notification
Copy Delivered To Inmate By  
Name: McVeagh  Date: 8-25-15  Time: 2625  
Staff Witness: [signature]  
Inmate Signature: [signature]  
(Acknowledges Receipt of Copy)

### Supervisory Review
Sgt Brandt [signature]  
**Shift Commander Signature**

- ☐ Informally Adjusted
- ☒ Referred To Disciplinary Committee
- ☐ Notation

White Copy - Treatment    Canary - Captain    Pink Copy - Inmate    #209-REC-4

# BERKS COUNTY PRISON
## MISCONDUCT CITATION

Inmate Name: Wilkins, Maurice # 12-0664
Incident Location: India day Room
Date: 9/9/15
Time: 1100

### Citation

| Class | # | Offense | Class | # | Offense |
|-------|---|---------|-------|---|---------|
| 1-B | 151 | Fighting | | | |
| 1-B | 154 | Refusal of orders | | | |

### Officer Report

I witnessed Inmate Wilkins, Maurice (#12-0664) fighting with two other inmates in India's day room. He was ordered to stop fighting and refused to comply. End of report. See attached General.

Officer Signature: Rieger

### Actions Pending Disposition

- [ ] Subject Locked In Own Cell.
- [x] Subject Transferred To D-214
- [ ] Subject Removed From Job Assignment.
- [ ] Warning Is Issued
- [ ] Material(s) Confiscated
- [ ] Other Action _____

### Witnesses

### Inmate Notification

Copy Delivered To Inmate By
Name: T. Bryer  Date: 9/15  Time: 1435
Staff Witness: _____
Inmate Signature: _____
(Acknowledges Receipt of Copy)

### Supervisory Review

Sgt. Brandt
Shift Commander Signature

- [ ] Informally Adjusted
- [x] Referred To Disciplinary Committee
- [ ] Notation _____

White Copy - Treatment    Canary - Captain    Pink Copy - Inmate

So my reason for appealing the refusal of orders because to refuse an order you have to be told 2 times to technically be refusal of orders and once told to lock in I motioned toward my cell and was attacked and upon walking after that the response team told me get on the ground in front of my cell and it's all on camera and body language tells a lot and I was never hostile, beligerant, combative, or resistant and I just dont see how this wasn't seen on camera, this is a wrong decision and the time is excessive, people fighting get less than this and to dismiss unautherized area and not refusal of orders is perposterous because C.O Fink reason for refusal was not locking in and arguing and unautherized was the refusal and on camera my bodylanguage doesn't show arguementive at all and I feel it should be dropped or days lessened to be fair. I cant fathum this decision. So please review my correct statement on front and review the body language and the video from me entering the door to the end again. I bet he got the same amount or less and he assaulted me! Furthermore I never was in trouble here since 2012 and only had 1 misconduct ever in BCP. And where's the show of appreciation in avoiding a physical brawl, I try to make a concious decision and get hammered. The only time talking to the other guy was on the floor, he was the one loud arguing and being combative and resistant, not me at all, I was calm until he threatened my mom while on the floor and I said a response in a calm matter. And there was no way to lock in when Fink was with Heguin and my door was locked and I was by it and I walked to it after being hit the second time.

# BERKS COUNTY JAIL SYSTEM
## APPEAL OF INMATE DISCIPLINARY HEARING

**INSTRUCTIONS:** This form is for appealing a disciplinary hearing decision. Appeals are considered ONLY on the basis of SPECIFICALLY enumerated facts which may indicate that a Disciplinary Hearing decision was improper. It is not to be used as a second "hearing opportunity". Unsupported requests for sentence reductions will not be considered. Within two days of the Hearing Officer's Decision, you or your housing unit officer should place the appeal form in the Inmate Communication Box located on the Housing Unit.

---

Inmate Name: **Maurice Wilkins**   BCJ#: **12064**   Today's Date: **8-29-15**

Housing Unit and Cell #: **D205**   Date of your Hearing: **8-28-15**

Provide a brief reason(s) for your appeal. (Use the other side of this form if necessary):

First my statement is wrong. I said I was punched twice and not kicked and I went to my cell and stood there for 2 or 3 minutes and C.O Fink never opened my cell to go in and I was told by an inmate a victims brother had it out for me and I saw him and walked towards the otherside and my ID fell walking and I picked it up and got hit in my face picking it up and then I went up the steps to avoid conflict and waited 2 to 4 minutes before the C.O finally seen what was going on and came over and as he came over he said go lock in and I walked down the stairs and I had made an attempt to go to my cell and the inmate threw another punch and the C.O told everyone to go lock in and I did so but the response team came and put me on the floor in front of my cell as it says on Castro's misconduct. Says, I was never arguing and when told to leave I did so and was attacked only & then I was ordered to lock in and I never had a chance to because I was ordered to get on the floor by Castro before making it to my "locked" cell door. →

Signature: *[signature]*

---

**ADMINISTRATIVE USE ONLY:** Inmates, do not write in this space or your correspondence will be filed without answer. If you need additional space, use the back of this sheet.

*From 20 to 10 days.*

Appeal Decision:   [ ] Appeal Denied   [✓] Sentence Reduced   [ ] Charge(s) Dismissed

**BASIS FOR DECISION:** I have taken a substantial amount of time to review this incident and all of the evidence. First of all, I commend you on not physically engaging -- that was an extremely sound decision. The issue at hand is refusal of orders. When the officer didn't open your cell, you should have walked straight to his station, "yelled" for him, etc instead of walking towards & up the steps in the opposite direction. After he was alerted he's viewed trying to gain cooperation -- you continued to yell & did not immediately go to your cell. All considered, I am reducing this to a 10 day sanction.

Authorization: *[signature] Janine Fourie*   Date: **9/1/15**

\\SBERKS21\Prison\Users\Forms\Custody\Hearing Officer Forms\Inmate disciplinary appeal.doc

*[signature]*

**INMATE GRIEVANCE FORM**

Inmate Name: Maurice Wilkins  BCP# 12/0664  Cell D 205
Date 8·29·15

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

**Administration Use Only**

☐ Does not fit criteria for an emergency/sensitive grievance   ☐ Form is incomplete   ☐ Resubmit on proper form
☐ Lacks details   ☐ Must be completed in English

Statement: Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.)

*2 or 3 copies, one kept in possession waiting on response and grievance #
On 8·25·15 @ 2:25 I returned to my unit and was assaulted by Thomas Joseph Alequin who is the brother of a victim Rapheal Alequin in my case and he should've never been housed on the same unit as me, which is neglegance of security by BCJS and put my life in danger pertained to the alledged charges against me that is high profile and should be carefully watched by BCJS to prevent injuries of retaliation for the protection of detainees in your possesion. I am on writ and never was aware of him in BCJS in order to request seperation at all, so its not my fault not requesting an issue I dont know about and I will exhaust remedies, and seek monetary actions, I am a state prisoner also to be noted. And BCJS is responsible for my saftey.

**FOR AMINISTRATIVE USE ONLY**

Grievance Response: By your own admission during your disciplinary hearing, you recognized the other inmate upon your return to the unit from the medical department prior to the assault. Rather than immediately returning to your cell (106) and locking in, you proceeded to walk to the rear of the housing unit. You claimed you walked in that direction to retrieve your ID card, but video evidence disproves this assertion. Video evidence clearly showed you proceeding to the rear of the housing unit prior to dropping your ID card. The card fell to the ground after you had passed cell 112. At that point, you turned around and retrieved your ID. You had every opportunity to lock into your cell prior to the assault, but instead you freely chose to not do so. If you had locked into your cell like you were supposed to, you could have alerted staff of a potential conflict before it became an actual one.

Grievance Answered By: Lt. Castro   Date 9/2/15

Grievance # 1677-15   Date Posted 9/2/15

Original: Treatment File    Canary: Return to inmate with response    FORM# REC120 (REV 2/10)

# BERKS COUNTY JAIL SYSTEM
## INMATE GRIEVANCE FORM

Inmate Name: **Maurice Wilkins**  BCP# **12/0664**  Cell **D 205**

Date **8·25·15**

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

---

**Administration Use Only**

☐ Does not fit criteria for an emergency/sensitive grievance  ☐ Form is incomplete  ☐ Resubmit on proper form

☐ Lacks details  ☐ Must be completed in English

---

**Statement:** Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.)

*This is 2 of 3 copies and I kept a carbon copy for myself.

As of 8·25·15 @ 2:25 estimated I returned to my block J unit and I was assaulted by an inmate who is the brother of Rapheal Alequin, who is a victim in my pending case. I am a state prisoner on writ and I am a victim to neglegance by Security of Berks County Jail System. I received a busted lip and now a false disiplinary charge has been placed on me and at no time was I beligerant, aggressive, combative or resistant to orders, as seen on camera. This is a cover up to negligance and I seek of these charges dropped and charges pressed against the victims brother for assault and terroristic threats and furthmore seek compensation for my injury, trawn false imprisonment, and neglegance on behalf of Berks County Jail system, the Warder and the treatment unit, and whoever makes placements. This was never supposed to even happened and I will be seeking and fibing a law suit for a sum of 2,000,000,000 for putting my life in danger due to neslegance. I need medical again!

---

**FOR AMINISTRATIVE USE ONLY**

**Grievance Response:** You must use the disciplinary hearing process to argue the merits of a misconduct citation, not the grievance process. As for your other complaint, neither you nor the other inmate alerted staff that a potential issue existed. If you wish to pursue criminal charges against the other inmate, you can write to the Pennsylvania State Police. Your unit counselor can help you find the address. Threats of litigation and demands for monetary compensation are not entertained in the grievance process.

Grievance Answered By: **Lt. Castro**  Date **8/27/15**

Grievance # _____  Date Posted _____

Original: Treatment File  Canary: Return to inmate with response

FORM# REC120 (REV 2/10)