IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE ADRIAN WILKINS,<br><br>    Plaintiff,<br><br>v.<br><br>BERKS COUNTY JAIL SYSTEM, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 15-5448 |

## ORDER

**AND NOW**, this 13th day of June 2017, upon consideration of Plaintiff's Third Amended Complaint (Doc. No. 33), Defendants' Motion to Dismiss (Doc. No. 35), Plaintiff's Response in Opposition to the Motion to Dismiss (Doc. No. 36), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Doc. No. 35) is **DENIED**.

2. Defendants are **ORDERED** to file an Answer to Plaintiff's Third Amended Complaint (Doc. No. 33) within fourteen (14) days from the entry of this Order.

                BY THE COURT:


                /s/ Joel H. Slomsky
                JOEL H. SLOMSKY, J.